FILED'04 DEC 03 13:25usDC-ORM

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | **_S E A L E D_** |
| ) | |
| Plaintiff, ) | Case No. CR 04-60116-AA |
| v. ) | |
| ) | **I N D I C T M E N T** |
| STANISLAS GREGORY MEYERHOFF, ) | |
| JOSEPHINE SUNSHINE OVERAKER, and ) | [18 USC §§ 1366(a) and 371 |
| CHELSEA DAWN GERLACH, ) | |
| ) | |
| Defendants. ) | |

**THE GRAND JURY CHARGES:**

**COUNT 1**

Destruction of an Energy Facility - Conspiracy

On or about December 30, 1999, in the County of Deschutes, State and District of Oregon, the defendants STANISLAS GREGORY MEYERHOFF, JOSEPHINE SUNSHINE OVERAKER, and CHELSEA DAWN GERLACH willfully conspired and agreed together and with each other and with persons both known and unknown to the grand jury to knowingly and willfully damage and attempt to damage the property of an energy facility of the United States, to wit: a Bonneville Power Administration tower, involved in the transmission and distribution of electricity near the City of Bend, Oregon, in an amount exceeding or which would have exceeded $100,000.

In violation of Title 18, United States Code, Sections 1366(a) and 371.

Page 1 - INDICTMENT

## Count 2

### Destruction of an Energy Facility

On or about December 30, 1999, in the County of Deschutes, State and District of Oregon, the defendants STANISLAS GREGORY MEYERHOFF, JOSEPHINE SUNSHINE OVERAKER, CHELSEA DAWN GERLACH, and others both known and unknown to the grand jury to knowingly and willfully damage and attempt to damage the property of an energy facility of the United States, to wit: a Bonneville Power Administration tower, involved in the transmission and distribution of electricity near the City of Bend, Oregon, in an amount exceeding or which would have exceeded $100,000.

In violation of Title 18, United States Code, Sections 1366(a).

### SENTENCING ENHANCEMENT ALLEGATIONS

As to counts 1 and 2, the defendants are subject to a sentence enhancement under U.S.S.G. §3A1.4, Terrorism, because the offenses are felonies that involved, or was intended to promote, a federal crime of terrorism as defined in 18 U.S.C. §2332b(g)(5).

DATED this 3rd day of December, 2004.

A TRUE BILL.

_____
FOREPERSON

Presented by:

KAREN J. IMMERGUT
United States Attorney

_____
KIRK A. ENGDALL
Assistant United States Attorney
OSB #81215

Page 2 - INDICTMENT