KARIN J. IMMERGUT, OSB #96314  
United States Attorney  
KIRK A. ENGDALL, OSB #81215  
Assistant United States Attorney  
701 High Street  
Eugene, OR 97402  
541-465-6771  
kirk.engdall@usdoj.gov

FILED'06 FEB 03 11:20USDC-ORE

RECVD'06 FEB 02 15:32USDC-ORE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| UNITED STATES OF AMERICA, | ) | No. CR 04-60116-AA |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | GOVERNMENT'S MOTION TO DISMISS |
| STANISLAS GREGORY MEYERHOFF, JOSEPHINE SUNSHINE OVERAKER, and CHELSEA DAWN GERLACH, | ) | |
| Defendants. | ) | |

The United States of America, by Karin J. Immergut, United States Attorney for the District of Oregon, and Kirk A. Engdall, Assistant United States Attorney, hereby moves the court pursuant to Fed. R. of Crime. P. 48(a) to dismiss the charges against

/ / /

/ / /

/ / /

/ / /

/ / /

1 -   GOVERNMENT'S MOTION TO DISMISS

Defendants Stanislas Gregory Meyerhoff, Josephine Sunshine Overaker, and Chelsea Dawn Gerlach, in the interest of justice.

DATED this _2nd_ day of February, 2006.

KARIN J. IMMERGUT
United States Attorney

_____
KIRK A. ENGDALL
Assistant United States Attorney

IT IS SO ORDERED this _3_ day of February, 2006.

_____
United States Magistrate

2 -   **GOVERNMENT'S MOTION TO DISMISS**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that she is an employee in the Office of the United States Attorney in Eugene, Oregon, and is of such age and discretion to be competent to serve papers.

That on the 2 day of February, 2006, she served a true and exact copy of GOVERNMENT'S MOTION TO DISMISS, by placing said copy in a postpaid envelope addressed to the person at the place and address shown below, which is the last known address, and deposited said envelope in the United States mail in Eugene, Oregon:

**ADDRESSEE**

| | |
|---|---|
| Craig Weinerman<br>Assistant Federal Public Defender<br>151 West 7th Avenue, Suite 510<br>Eugene, OR 97401 | Attorney for Defendant Gerlach |
| Patrick J. Ehlers<br>Assistant Federal Public Defender<br>101 S.W. Main Street, Suite 1700<br>Portland, OR 97204 | Attorney for Defendant Gerlach |
| Richard L. Fredericks<br>750 Lawrence St., Suite 2<br>Eugene, OR 97401 | Attorney for Defendant Meyerhoff |
| Terri Wood<br>730 Van Buren St.<br>Eugene, OR 97402 | Attorney for Defendant Meyerhoff |

TRUDYLEE A. FLEMING
Legal Assistant